Steven P. Brendemuehl (Bar No. 553225)
Law Office of Steven P. Brendemuehl
5 Commonwealth Road ~ Suite 4A
Natick, MA 01760
Phone: (508) 651-1013
Fax: (508) 651-0508
Email: Steven@lawofficespb.com

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

| | |
|---|---|
| NANTUCKET RESIDENTS AGAINST TURBINES, ET AL.<br><br>Plaintiff-Appellant,<br><br>v.<br><br>US BUREAU OF OCEAN ENERGY MANAGEMENT, ET AL.<br><br>Defendant-Respondent. | Case No. 23-1501<br><br>**MOTION OF LOCAL COUNSEL TO ADMIT THOMAS STAVOLA JR. ESQ. PRO HAC VICE; CERTIFICATION OF THOMAS STAVOLA JR. ESQ.** |

**MOTION FOR PRO HAC VICE ADMISSION OF THOMAS STAVOLA, JR., ESQ.**

The undersigned counsel hereby moves that Thomas Stavola, Jr., Esq., of the Law Office of Thomas Stavola Jr. LLC be admitted to appear on behalf of Plaintiff-Appellant Nantucket Residents Against Turbines, et al., and to practice before this court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Stavola is and has been a member in good standing of the bar of the New Jersey District Court since 2022.

2. Mr. Stavola is and has been a member in good standing of the bar of the State of New Jersey since 2022.

3. Mr. Stavola is and has been a member in good standing of the bar of the United States Court of Federal Claims since 2022.

4. Mr. Stavola has reviewed and is familiar with the First Circuit Court of Appeals Local Rules.

5. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

WHEREFORE, the undersigned counsel respectfully moves for the admission of Thomas Stavola, Jr., *pro hac vice*.

>Respectfully submitted,
>Nantucket Residents Against Turbines
>And Vallorie Oliver,
>By Their Attorney,
>
>/s/ Steven P. Brendemuehl
>Steven P. Brendemuehl (BBO# 553225)
>Law Office of Steven P. Brendemuehl
>5 Commonwealth Road, Suite 4A
>Natick, MA 01760
>Phone: 508-651-1013 / Fax: 508-651-0508
>steven@lawofficespb.com

DATED: August 3, 2023

**CERTIFICATION OF THOMAS STAVOLA JR. ESQ.**

I, THOMAS STAVOLA JR. ESQ., hereby certify as follows:

1. I am an attorney at the Law Office of Thomas Stavola Jr. LLC located in Colts Neck, New Jersey. I am over 18 years of age and am competent to testify on my own behalf.

2. I am and have been a member in good standing of the bar of the United States District Court for the District of New Jersey District since 2022.

3. I am and have been a member in good standing of the bar of the State of New Jersey since 2022.

4. I am and have been a member in good standing of the bar of the United States Court of Federal Claims since 2022.

5. I have reviewed and am familiar with the Local Rules of the First Circuit Court of Appeals.

6. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have never previously had a pro hac vice admission to this court revoked for misconduct.

8. Steven P. Brendemuehl, a regular member of the bar of this Court, is advancing the present motion and has filed a notice of appearance in this case.

9. I affirm all of the foregoing statements under penalty of perjury under the laws of the United States of America.

Dated: August 3, 2023 /s/ *Thomas Stavola Jr. Esq.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2023, a copy of the foregoing Motion for Pro Hac Vice Admission of Thomas Stavola Jr. Esq was filed electronically through the Court's Electronic Case Filing System and served on the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 3, 2023

/s/ Steven P. Brendemuehl