# United States Court of Appeals
## For the First Circuit

No. 23-1501

NANTUCKET RESIDENTS AGAINST TURBINES; VALLORIE OLIVER,

Plaintiffs - Appellants,

v.

U.S. BUREAU OF OCEAN ENERGY MANAGEMENT; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; NATIONAL MARINE FISHERIES SERVICE; DEBRA HAALAND, Secretary of the Interior; GINA M. RAIMONDO, Secretary of Commerce; VINEYARD WIND 1, LLC,

Defendants - Appellees.

**NOTICE**

Issued: August 4, 2023

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Luther L. Hajek
Angela Ellis
Pedro Melendez-Arreaga

The following attorneys will continue to receive notice in this case:

Steven P. Brendemuehl
Mark A. Brown
David T. Buente Jr.
Thekla Hansen-Young
Brooklyn Hildebrandt
David P. Hubbard
Brian C. Levey
Donald Campbell Lockhart
Kathleen Moriarty Mueller

Jack Woodruff Pirozzolo
Perry M. Rosen
Lea J. Tyhach
James Wedeking
Peter Whitfield

    Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gerry Claude - (617) 748-4275


cc:
Steven P. Brendemuehl
Mark A. Brown
David T. Buente Jr.
Angela Ellis
Luther L. Hajek
Thekla Hansen-Young
Brooklyn Hildebrandt
David P. Hubbard
Brian C. Levey
Donald Campbell Lockhart
Pedro Melendez-Arreaga
Kathleen Moriarty Mueller
Jack Woodruff Pirozzolo
Perry M. Rosen
Lea J. Tyhach
James Wedeking
Peter Whitfield