# United States Court of Appeals
## For the First Circuit

No. 23-1501

NANTUCKET RESIDENTS AGAINST TURBINES; VALLORIE OLIVER,

Plaintiffs - Appellants,

v.

U.S. BUREAU OF OCEAN ENERGY MANAGEMENT; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; NATIONAL MARINE FISHERIES SERVICE; DEBRA HAALAND, Secretary of the Interior; GINA M. RAIMONDO, Secretary of Commerce; VINEYARD WIND 1, LLC,

Defendants - Appellees.

### ORDER OF COURT

Entered: August 17, 2023
Pursuant to 1st Cir. R. 27.0(d)

In light of Thomas Stavola Jr. Esq's recently filed notice of appearance on behalf of Appellants Nantucket Residents Against Turbines and Vallorie Oliver, the August 3, 2023 motion for pro hac vice is denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Steven P. Brendemuehl
David P. Hubbard
Thomas William Stavola Jr.
Perry M. Rosen
Donald Campbell Lockhart
Todd S. Kim
Mark A. Brown
Thekla Hansen-Young
Lea J. Tyhach
Luther L. Hajek

Pedro Melendez-Arreaga
Angela Ellis
Jack Woodruff Pirozzolo
David T. Buente Jr.
Kathleen Moriarty Mueller
James Wedeking
Peter Whitfield
Brooklyn Hildebrandt
Brian C. Levey