# United States Court of Appeals
## For the First Circuit

No. 23-1501

NANTUCKET RESIDENTS AGAINST TURBINES; VALLORIE OLIVER,

Plaintiffs, Appellants,

v.

U.S. BUREAU OF OCEAN ENERGY MANAGEMENT; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; NATIONAL MARINE FISHERIES SERVICE; DEBRA HAALAND, Secretary of the Interior; GINA M. RAIMONDO, Secretary of Commerce; VINEYARD WIND 1, LLC,

Defendants, Appellees.

**JUDGMENT**

Entered: April 24, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Thomas Stavola, Jr., Thekla Hansen-Young, Todd Kim, Perry Rosen, Kevin W. McArdle, Stephen R. Vorkoper, Lea Tyhach, Scott Farley, Peter R. Steenland, David T. Buente, Jr., Peter C. Whitfield, James R. Wedeking, Kathleen Mueller, Brooklyn Hildebrandt, Jack W. Pirozzolo